FILED
CLERK, U.S. DISTRICT COURT

APR 1 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10                        WESTERN DIVISION
11

12   JAMAUL L. MONK,                    )   Case No. CV 10-01446 RSWL (AN)
13              Petitioner,             )   **JUDGMENT**
14          v.                          )
15   JOHN MARSHALL,                     )
16              Respondent.             )
17   _____)

18
19          IT IS HEREBY ADJUDGED AND DECREED THAT the petition is dismissed
20   with prejudice.
21
22
23   DATED: April 12,  2010          RONALD S.W. LEW
                                   _____
24                                      RONALD S.W. LEW
                                   SENIOR, UNITED STATES DISTRICT JUDGE
25
26
27                ENTERED - SOUTHERN DIVISION
                  CLERK, U.S. DISTRICT COURT
28
                         APR 1 3 2010

                  CENTRAL DISTRICT OF CALIFORNIA
                  BY _____ DEPUTY